# EXHIBIT A

**Alex Kruzyk**

| | |
|---|---|
| **From:** | USA Spam <USA_Spam@infobip.com> |
| **Sent:** | Sunday, August 4, 2024 6:19 PM |
| **To:** | Alex Kruzyk; voiceinvestigationsupport@infobip.com |
| **Subject:** | FW: [EXTERNAL] Re: [IB#1025002] FW: Civil subpoena from SOP |

Dear Alex,

Kindly note that we have investigated the reported numbers 15205183158 and 16026139997 as requested.

The numbers are owned and dedicated by Smarter Contact and address is Miami, 33131, United States.

Please let us know if anything else is needed from our side or if anything is unclear.

Thank you.

Kind regards,

Mary Rose Morada

Routing Engineer

www.infobip.com

**GSMA Associate Member Mobey Forum Member**

This message is private and confidential. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Infobip. If you have received this message in error, please notify us immediately via email to support@infobip.com or telephone +442032864231.