**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHELSEA JAMES,
*individually and on behalf of all others similarly situated*

Plaintiff,

v. **Case No. 8:25-CV-01657-KKM-SPF**

SMARTER CONTACT, INC., and
SMARTER CONTACT HOLDINGS LLC,

Defendants.

---

## SMARTER CONTACT, INC. AND SMARTER CONTACT HOLDINGS LLC'S NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), Defendants Smarter Contact, Inc. and Smarter Contact Holdings LLC (collectively, "Smarter Contact") certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*James v. Utah Sell Now, LLC d/b/a Joe Homebuyer et al*, Case No. 2:24-cv00540-SPL (D. Ariz.) - Closed

_______ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Date: August 22, 2025.

Respectfully submitted,

*/s/ Blake H. Landis*
Blake H. Landis (FBN 1058506)
Troutman Amin, LLP.
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Telephone: 561-834-0883
blake@troutmanamin.com

*Counsel for Defendants Smarter Contact, Inc. and Smarter Contact Holdings LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Blake H. Landis*
Blake H. Landis