**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHELSEA JAMES,
*individually and on behalf of all*
*others similarly situated*

Plaintiff,

v. **Case No. 8:25-CV-01657-KKM-SPF**

SMARTER CONTACT, INC., and
SMARTER CONTACT HOLDINGS LLC,

Defendants.

---

**SMARTER CONTACT, INC. AND SMARTER CONTACT HOLDINGS LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants Smarter Contact, Inc. and Smarter Contact Holdings LLC (collectively, "Smarter Contact"), in accordance with this Court's August 21, 2025 Order, Local Rule 3.03, and Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses the following:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

1. Chelsea James, *Plaintiff*

2. Alexander D. Kruzyk, Bryan Andre Giribaldo, Logan Andrew Pardell, and Pardell, Kruzyk & Giribaldo, PLLC, *Attorneys for Plaintiff*
3. Smarter Contact, Inc., *Defendant*
4. Smarter Contact Holdings LLC, *Defendant*
5. Blake H. Landis and Troutman Amin, LLP, *Attorney for Defendants*

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

None known to Smarter Contact.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known to Smarter Contact.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

Smarter Contact does not admit that Plaintiff is entitled to any restitution in this matter. Smarter Contact reserves the right to file a counterclaim and/or a third-party Complaint.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Date: August 22, 2025.

Respectfully submitted,

*/s/ Blake H. Landis*

Blake H. Landis (FBN 1058506)
Troutman Amin, LLP.
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431

Telephone: 561-834-0883
blake@troutmanamin.com

*Counsel for Defendants Smarter Contact, Inc. and Smarter Contact Holdings LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Blake H. Landis*
Blake H. Landis